AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

**EASTERN** DISTRICT OF **TENNESSEE**

ARVILLE C. SEIBER

JUDGMENT IN A CIVIL CASE

V.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

CASE NUMBER: 3:07-cv-337

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED this matter be remanded to the Commissioner pursuant to sentence four of 42

U.S.C. § 405(g).

| January 9, 2008 | Patricia L. McNutt, Clerk |
|---|---|
| Date | |
| | By  s/A.Brush |
| | Deputy Clerk |